# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

**APPEARANCE**

Case Number: 6:22-po-00512-HBK

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

<u>      BRENDAN WEINSTEIN      </u>
(Defendant's Name)

I certify that I am admitted to practice in this court.

Date: November 29, 2022.    <u>/s/ ERIC H. SCHWEITZER</u>
Signature

<u>ERIC H. SCHWEITZER</u>
Print Name

<u>179776</u>
State Bar Number

SCHWEITZER & DAVIDIAN
<u>620 DeWitt Avenue, Suite 102</u>
Address

<u>Clovis, CA 93612</u>
City Zip Code

<u>(559) 322-1500</u>
Phone Number

<u>lawyericisin@yahoo.com</u>
E-Mail Address

☐ Appointed
<u>XX</u>  Retained